IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: SANDY S. JOHNSON

SANDY S JOHNSON     PLAINTIFF

V.     NO. 11-32711
CHAPTER 13
AP NO. 14-03027

SALLIE MAE, INC., and STUDENT LOAN
GUARANTEE FOUNDATION OF ARKANSAS     DEFENDANTS



FILED MAR 19 2014 U.S. Bankruptcy Court Montgomery, AL

## MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

COMES NOW Connie M. Meskimen and moves this Honorable Court for an Order allowing Connie M. Meskimen, 10 Turtle Creek Lane, Little Rock, Arkansas 72202, to appear and practice before this Court, pro hac vice, and would show unto the Court that said attorney is in good standing in the Courts of Arkansas and in the United States District Court for the Eastern and Western Districts of Arkansas, as shown in the Affidavit executed by said attorney, attached hereto as Exhibit "A"; said attorney appears in cases such as this one frequently. Moreover, said attorney represents that this case is not particularly complex, and said attorney is familiar with the bankruptcy code as it applies in this case.

RECEIPT #: 6011673    $50.

Respectfully submitted, this \_\_\_13th\_\_\_ day of \_\_\_March\_\_\_, 2014.

_____
Connie M. Meskimen, AR Bar #81118
SLGFA General Counsel
10 Turtle Creek Lane
Little Rock, AR 72202
(501) 688-7616
(501) 688-7617 - Fax
lsilkwood@slgfa.org

CERTIFICATION OF SERVICE

I, Connie M. Meskimen, General Counsel for the SLGFA, certify that I have electronically filed on the \_\_\_\_ day of March, 2014, the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Anthony B Bush
Attorney for the Debtor
529 S Perry St, Ste 22
Montgomery, AL 36104
anthonybbush@yahoo.com

Paul D Esco
Attorney for the Debtor
547 S Lawrence St
Montgomery, AL 36104
paul.esco@aol.com

/s/ Connie M. Meskimen
Connie M. Meskimen

- 2 -

Respectfully submitted, this \_\_\_13th\_\_\_ day of \_\_\_March\_\_\_, 2014.

_____
Connie M. Meskimen, AR Bar #81118
SLGFA General Counsel
10 Turtle Creek Lane
Little Rock, AR 72202
(501) 688-7616
(501) 688-7617 - Fax
lsilkwood@slgfa.org

### CERTIFICATION OF SERVICE

I, Connie M. Meskimen, General Counsel for the SLGFA, certify that I have electronically filed on the 14th day of March, 2014, the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Anthony B Bush
Attorney for the Debtor
529 S Perry St, Ste 22
Montgomery, AL 36104
anthonybbush@yahoo.com

Paul D Esco
Attorney for the Debtor
547 S Lawrence St
Montgomery, AL 36104
paul.esco@aol.com

/s/ Connie M. Meskimen
Connie M. Meskimen

- 2 -

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE: SANDY S JOHNSON

SANDY S JOHNSON                                                                      PLAINTIFF

V.                          NO. 11-32711
                            CHAPTER 13
                            AP NO. 14-03027

SALLIE MAE, INC., and STUDENT LOAN
GUARANTEE FOUNDATION OF ARKANSAS                                        DEFENDANTS

### AFFIDAVIT

STATE OF ARKANSAS )

COUNTY OF PULASKI )

I, Connie M. Meskimen, having been duly sworn, state under oath as follows:

1) I am an attorney in good standing as a member of the State Bar of Arkansas, Bar #81118, and am admitted to practice before the Supreme Court of Arkansas and all other State Courts.

2) I am counsel for the Student Loan Guarantee Foundation of Arkansas, and I have frequently been counsel in bankruptcy actions similar to this one.

3) I make this Affidavit of my own knowledge as to the facts set forth herein and with the intent that the Court rely on this Affidavit in considering the Motion for Admission Pro Hac Vice.



Respectfully submitted,

*[signature]*
Connie M. Meskimen

SWORN TO AND SUBSCRIBED BEFORE ME, this __14th__ day of __March__, 2014.

*[Notary seal: GENEVA L. LANGFORD, COMM. EXP. 3-15-2020, No. 12375784, PULASKI COUNTY, NOTARY PUBLIC - ARKANSAS]*

_Geneva L Langford_
Notary Public

MY COMMISSION EXPIRES: __3-15-2020__